UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLAUBER BROTHERS, INC., a New York corporation,<br><br>                Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation; TLB HOLDINGS, INC., a Minnesota corporation, individually and d/b/a "Ma Cherie Maternity"; ASSAEL MILLER CLOTHING COMPANY, LLC, a New York corporation; JOHN PAUL RICHARD, INC., a California corporation; NOTATIONS, INC., a Pennsylvania corporation; and DOES 1 through 10,<br><br>                Defendants. | Case No.: 1:20-cv-01672-JSR<br><br>**JUDGMENT** |

## **JUDGMENT**

**JUDGMENT IS ENTERED AS FOLLOWS:**

1. Judgment is entered against Defendant John Paul Richard, Inc., and in favor of Plaintiff Klauber Brothers, Inc., in the amount certain of fifteen thousand dollars and zero cents ($15,000.00) plus attorneys' fees, in an amount to be determined; and

2. John Paul Richard, Inc. shall pay this judgment within thirty (30) days of its entry.

**IT IS ORDERED AND ADJUDGED THAT THE ABOVE JUDGMENT BE ENTERED BY THE CLERK.**

Dated: April 16, 2020        By: _____
                                                             United States District Judge