```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
KLAUBER BROTHERS, INC.              :
                                    :
        Plaintiff,                  :
                                    :          20-cv-1672(JSR)
        -v-                         :
                                    :          ORDER
TARGET CORP. et al.                 :
                                    :
        Defendants.                 :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

In a telephone conference on April 20, defendant John Paul Richard, Inc. clarified that its Rule 68 offer of judgment, ECF No. 34-1, was intended to be inclusive of all costs and attorneys' fees. Based on this representation, it is clear that the parties have not yet reached an agreement that would require the Court to enter judgment. The judgment at ECF No. 37 is accordingly vacated, and the action will continue in accordance with the case management plan adopted on April 15, 2020 unless and until such agreement is reached. The Clerk of the Court is directed to reopen the case with respect to defendant John Paul Richard, Inc.

SO ORDERED.

Dated: New York, NY
       April 20, 2020

_____
United States District Judge

1