Brian Arbetter
ba@sedbetter.com
Seddigh Arbetter, LLP
110 E. 25th St
New York, NY 10010
Telephone: (714) 348-1077
Facsimile: (213) 800-8228

*Attorney for Defendant Target Corporation*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KLAUBER BROTHERS., INC.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TARGET CORPORATION, a Minnesota corporation; TLB HOLDINGS, INC., a Minnesota corporation, individually and d/b/a "Ma Cherie Maternity"; ASSAEL MILLER CLOTHING COMPANY, LLC, a New York corporation; JOHN PAUL RICHARD, INC., a California corporation; NOTATIONS, INC., a Pennsylvania corporation; and DOES 1 through 10,<br>　　　　Defendants. | Case No.: 1:20-cv-01672<br><br>**NOTICE OF WITHDRAWAL** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

　　PLEASE TAKE NOTICE of the withdrawal of the following counsel of record for Defendant Target Corporation in the above-captioned action:

　　　　Brian Arbetter
　　　　ba@sedbetter.com
　　　　Seddigh Arbetter, LLP
　　　　110 E. 25th St
　　　　New York, NY 10010
　　　　Telephone: (714) 348-1077
　　　　Facsimile: (213) 800-8228

NOTICE OF WITHDRAWAL

-2-

1   Please direct that all pleadings, notices, orders, correspondence and other papers in
2   connection with this action be served on the existing counsel of record.
3
4   Dated: June 22, 2020                                Respectfully Submitted,
5
                                                       */s/ Brian Arbetter*
6                                                      Brian Arbetter
7                                                      SEDDIGH ARBETTER, LLP

8                                                      *Attorney for Defendant*
                                                       *Target Corporation*
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
NOTICE OF WITHDRAWAL